■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT WADDY, Appellant, v ENNIS OLGIATI, as Chairman of the Board of Parole, et al., Respondents.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated May 20, 1976, which, *inter alia,* dismissed the petition. Judgment affirmed, without costs or disbursements. The record on this appeal indicates that respondents' acts of revoking petitioner's parole and of setting a new maximum expiration date of his sentence were in accordance with the law (see Penal Law, § 70.40, subd 3, par [a]; *People ex rel. Patterson v Bockel,* 270 NY 76; *People ex rel. Bickhofer v Lawes,* 255 App Div 873; *People ex rel. Mullins v Jackson,* 286 App Div 938). Consequently, the proceeding was properly dismissed. Cohalan, Acting P. J., Margett, Damiani and Mollen, JJ., concur.